

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00360-CV

Jennifer L. **ZUNIGA,**
Appellant/Cross-Appellee

v.

Christopher **MEDINA** (Cross-Appellant), Richard Medina, and Shelly Medina,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10872
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant Jennifer L. Zuniga and Cross-Appellant Christopher Medina each requested the court reporter to prepare portions of the record. The record was due August 15, 2014. The court reporter, Craig Carter, has filed a notice of late record, stating that he has completed the record, but has not received complete payment from either appellant or cross-appellant.

We order Craig Carter to file by **August 27, 2014** those parts of the record, if any, for which he has been fully paid.

We further **order** the appellant's and cross-appellant's briefs are due **September 26, 2014**. The parties are advised that the court will not consider any issues or points raised in their briefs that require missing parts of the reporter's record to render its decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court